

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2014

No. 04-14-00531-CV

**IN THE INT OF RVM, NM, MBRC, RABC AND SRRC**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01410
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on November 10, 2014. Because this is an accelerated appeal from an order terminating parental rights, no further extensions of time will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court